**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 2050 MITCHELL DRIVE, LLC, | ) | Case No. 1:25-cv-4799 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL OF** |
| | ) | **ACTION UNDER 28 U.S.C. § 1441** |
| v. | ) | **(Diversity Jurisdiction)** |
| | ) | |
| WEST BEND MUTUAL INSURANCE | ) | CIRCUIT COURT of the |
| COMPANY, | ) | EIGHTEENTH JUDICIAL |
| | ) | CIRCUIT, DUPAGE COUNTY |
| Defendant. | ) | No. 2025 LA 000382 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, WEST BEND INSURANCE COMPANY f/k/a WEST BEND MUTUAL INSURANCE COMPANY ("West Bend"), by and through its attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby removes to this Court the state court action described below:

1. On or about March 26, 2025, Plaintiff, 2050 MITCHELL DRIVE, LLC ("2050"), filed an action in the Circuit Court of the Eighteenth Judicial Circuit for DuPage County, Illinois, under Case No. 2025 LA 000382, against Defendant West Bend. 2050's Complaint is attached hereto as Exhibit A and incorporated herein by reference.

2. On April 1, 2025, West Bend was served with Summons and the Complaint through the Illinois Department of Insurance, its agent for service of process.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after West Bend's receipt of 2050's Complaint on or after April 1, 2025.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by West Bend pursuant to the

provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff, 2050, was and is an Illinois limited liability company with its principal place of business in Naperville, Illinois. On its Illinois Limited Liability Company Act Articles of Organization on file with the Office of the Illinois Secretary of State, 2050 identifies its sole member as Radwan Mourad, an individual. Radwan Mourad is an Illinois citizen.

7. At the time the Complaint was filed, and at all times subsequent thereto, Defendant West Bend was and is incorporated in the State of Wisconsin with its principal place of business in the State of Wisconsin.

8. The Complaint alleges damages in excess of $620,000. (Complaint, ¶ 14).

WHEREFORE, Defendant, WEST BEND INSURANCE COMPANY f/k/a WEST BEND MUTUAL INSURANCE COMPANY, prays that the above-entitled cause, currently pending in the Circuit Court of the Eighteenth Judicial Circuit for DuPage County, Illinois, under Case No. 2025 LA 000382, be removed therefrom to the United States District Court for the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

Attorneys for Defendant,

        WEST BEND INSURANCE COMPANY f/k/a
        WEST BEND MUTUAL INSURANCE
        COMPANY

## **CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing to all counsel of record on May 1, 2025, at the email address set forth below.

    Greta Lloyd
    Hair Shunnarah Trial Attorneys
    3001 17th Street
    Metairie, LA 70002
    312-300-4147
    glloyd@hstalaw.com

        /s/ Thomas B. Orlando
        Thomas B. Orlando
        FORAN GLENNON PALANDECH
        PONZI & RUDLOFF PC
        222 N. LaSalle Street, Suite 1400
        Chicago, IL 60601
        312-863-5000
        torlando@fgppr.com